UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES R. WELCOME,

    Plaintiff,

v.                                                                          CASE NO. 3:15cv121/MCR/EMT

RAYMOND E. MABUS,
SECRETARY OF THE NAVY,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 22, 2016.  ECF No. 29.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The Motion to Dismiss for Lack of Jurisdiction or, in the Alternative, for Summary Judgment, ECF No. 15, is **GRANTED**

3.  The Clerk is directed to enter judgment in favor of Secretary Mabus.

**DONE AND ORDERED** this 16th day of September 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**